IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY W. JOYNER,

    Plaintiff,

v.                                      CASE NO. 5:13cv81-RH/CJK

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20 and the objections ECF No. 22. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on March 18, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge